IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 00-cr-00135-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERICH VANARD CRAWFORD,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the Defendant's Motion for Modification of an Imposed Term of Imprisonment pursuant to 18 U.S.C. § 3582(c)(2). The motion appears based upon the Defendant's argument that a modification in the U.S. Sentencing Guidelines inures to his benefit to reduce his sentence from 183 months to a recommended Guideline sentence of 157-166 months. The Government's response to Defendant's motion appears appropriate to fully advise me of the issues.

Accordingly, it is ordered that the United States of America respond to the Defendant's motion by April 30, 2008.

DATED at Denver, Colorado, on April 8, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge